MOTION UNDER 28 U.S.C. SECTION 2255
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUL 29 2008
July 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

UNITED STATES,
             Respondent,

v.

**WILLIE PIERRE DABNEY,**
#18103-424            Petitioner.
(Full name and prison number of movant)

08cv4287
JUDGE DARRAH
MAG. JUDGE NOLAN

**IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE FUTURE UNDER A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.**

1. Place of detention, or if on parole, date of parole release
   Terre Haute Prison, P.O. Box 33 Terre Haute, IN 47808

2. Name and location of court which sentence was imposed and name of judge who imposed the sentence which is now under attack.

   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS (JOHN W. DARRAH)

3.  Date of judgment of conviction:
    January 1, 2005

4.  Case number: 05 CR 576-1

5.  Length of sentence: 120 months

6.  Nature of offense involved (all counts): Felon in Possession of a Firearm 18 U.S.C. §922(g)(1).

7.  What was your plea?          (check one)

    (A) Not guilty              (   )
    (B) Guilty                  ( x )
    (C) Nolo Contendere         (   )

8.  Kind of trial:               (check one)

    (A) Jury                    ( x )
    (B) Judge only              (   )

9.  Did you testify at the trial?

    Yes (   )                   No ( x )

10. Did you appeal from the judgment of conviction?

    Yes ( x )                   No (   )

11. If you did appeal, answer the following:

    (A) Name of court UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

    (B) Result affirmed

    (C) Date of result August 2, 2007.

12. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    Yes (   )                   No ( x )

13. If your answer to (12) was **"YES,"** give the following information:

(A)    (1) Name of court_____NA_____

      (2) Nature of proceeding_____

      (3) Grounds Raised_____

           _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?

           Yes ( )          No ( )

      (5) Result_____NA_____

      (6) Date of result_____

(B) As to any second petition, application or motion, give the same information:

      (1) Name of the court_____NA_____

      (2) Nature of proceeding_____

      (3) Grounds Raised_____

           _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?

           Yes ( )          No ( )

      (5) Result_____NA_____

      (6) Date of result_____

(C) As to any third petition, application or motion, give the same information:

      (1) Name of the court_____NA_____

      (2) Nature of proceeding_____

      (3) Grounds Raised_____

           _____

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?

          Yes ( )          No ( )

    (5)  Result_____NA_____

    (6)  Date of result_____

(D) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1)  First petition, etc.    Yes ( )    No ( )

    (2)  Second petition, etc.   Yes ( )    No ( )

    (3)  Third petition, etc.    Yes ( )    No ( )

(E) If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____NA_____

_____

_____

_____

_____

_____

_____

14. State **concisely** every ground on which you claim that you are being held unlawfully. Summarize **briefly** the facts supporting each ground. If necessary, you may attach pages stating additional grounds and **facts** supporting same.

**CAUTION:** IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.

A.  Ground one_____**INEFFECTIVE ASSISTANCE OF COUNSEL**_____

Supporting FACTS (tell your story briefly without citing cases or law: Petitioner Dabney received ineffective assistance of counsel when counsel failed to determine whether petitioner was in-fact an armed career criminal as claimed by the government, but denied by the petitioner during a plea hearing. A reasonable investigation would have determine that Petitioner Dabney did not qualify for the Armed Career Criminal enhancement. Therefore, entering into a plea with the government.

B. Ground two  THIS COURT COMMITTED ERROR WHEN IT FAILED TO GRANT THE PETITIONER PURSUANT TO §3E1.1

Supporting FACTS (tell your story briefly without citing cases or law):
This court committed error in not granting Petitioner Dabney the two(2) points that is required pursuant to §3E1.1 because by stipulating with the government that he had possed the very same firearm, he had in fact stipulated to the essential factual factual elements of guilt. Therefore, accepting responsibility pursuant to §3E1.1.

C. Ground three  INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (tell your story briefly without citing cases or law): Petitioner Dabney received ineffective assistance of counsel at sentencing and on appeal when counsel failed to raise at sentencing and on appeal that the Petitioner was entitled to a two(2) point reduction, because he had in fact stipulated to the essential factual elements of guilt with the government that he was a Felon in Possession of a Firearm.

Ground four_____

Supporting FACTS (tell your story briefly without citing cases or law:

_____
_____
_____
_____
_____
_____

15. If any of the grounds listed in 14 A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

   _____Counsel failed to raise 14 B on direct appeal and before this court because of his deficient performance, 14 A, and C, would best be raised in a §2255 petition and not on direct appeal because the Court's has so stated.

16. Do you have any petition or appeal now pending in any court as to the judgment under attack?      Yes ( )      No ( x )

   (A)  If "YES," state the name of the court and the nature of the proceeding:_____
   _____

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (A)  At preliminary hearing_____
   _____

   (B)  At arraignment and plea_____
   _____

(C) At trial_____

(D) At sentencing_____

(E) On appeal_____

(F) In any post-conviction proceeding_____

(G) On appeal from any adverse ruling in a post-conviction proceeding_____

18. Were you sentenced on more than one count of an indictment, or more than one indictment, in the same court and at approximately the same time?   Yes ( )   No ( )

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
                                               Yes ( )   No ( )

   (A) If so, give the name and location of the court which imposed the sentence to be served in the future:_____

   (B) And give the date and length of sentence to be served in the future:_____

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____        *Willie Prue Dabney*
Signature of attorney (if any)            Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___-___ 2008
            (date)

*Willie Dabney*
Signature of Movant