

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

08cv4287
JUDGE DARRAH
MAG. JUDGE NOLAN

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** WILLIE PIERRE DABNEY

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**
AUSA
United States Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**
Willie Pierre Dabney
#18103-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808

J.N. FILED JUL 29 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion To Vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes ☑ No

**Signature:** /s/  **Date:** 7/29/08

Darrah
Nolan

05cr576