## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv4287 | **DATE** | August 4, 2008 |
| **CASE TITLE** | US v. Dabney | | |

**DOCKET ENTRY TEXT:**

This case is set for a status hearing on September 24, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-04287    Document 4    Filed 08/04/2008    Page 1 of 1