UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. **08 C 4287** |
| V. | ) | |
| | ) | Judge John W. Darrah |
| WILLIE PIERRE DABNEY | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:　/s/ Kruti Trivedi
　　　KRUTI TRIVEDI
　　　Assistant United States Attorney
　　　219 South Dearborn Street
　　　Chicago, Illinois 60604
　　　(312) 353-5323

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

was served on August 11, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and was also sent by first-class mail, to the following non-ECF filer:

>Willie Pierre Dabney
>Reg. No. 18103-424
>Terra Haute - FCI
>P.O. Box 33
>Terra haute, IN 47808

>/s/ Kruti Trivedi
>KRUTI TRIVEDI
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois 60604
>(312) 353-5323